RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 99-60043-004 |
| | ) |
| VERSUS | ) JUDGE MINALDI |
| | ) |
| KEITH BERNARD BROWN | ) MAGISTRATE JUDGE HILL |

### ORDER

Considering the foregoing Motion to Modify Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure filed by the government and the facts contained therein,

IT IS HEREBY ORDERED that the motion is granted and a hearing is scheduled for the **22ND** day of **March** 2007 at **2:00** p.m. to allow the government to make a showing of the nature and extent of the assistance provided by the defendant.

THUS DONE AND SIGNED this 22nd day of March, 2007 in Lafayette, Louisiana.

_____
TUCKER L. MELANÇON
Judge, United States District Court